No. 407

KUHN & CO. v. PICKANDS, MATHER & CO.

U. S. District Court, N. D., Ohio E. D.

No. 11317. March 1, 1923

This opinion has not been published except in Abstract.

CONTRACTS—(1) Parties contracting in own name bound, although acting for undisclosed principal—(2) Agent has same rights of defense as principal would have—(3) Counterclaim must be based on contract sued on—(4) Rules for measuring damage—(5) Unnecessary matter in counterclaim not grounds for demurrer.

WESTENHAVER, D. J.:

Epitomized Opinion

On Demurrer

The action is for breach of a contract for the sale and delivery of coal and several questions of law are raised on plaintiff's demurrer to defendant's first defense and counterclaim. Held by U. S. District Court:

1. Parties who contract in their own name and on their own credit and responsibility, are bound personally to perform all the terms of the contract, even though they may have been acting for a principal disclosed or undisclosed.

2. When the plaintiff in an action elects to stand on the personal obligations of the defendants and to sue them, the latter have the same rights of defense and counterclaim that a disclosed principal would have if plaintiffs elected to sue him.

3. The breach set up in the counterclaim must be of the term and provisions of that contract and not of some other contract. An attempt to plead a trade custom and breach of another contract makes the counterclaim bad in law.

4. The measure of damages, nothing else appearing, would be the difference between the contract price and the marked price of undelivered coal at the time of the breach.

5. Although a counterclaim pleads certain relevant matter at unnecessary length, this is not a good ground to sustain a demurrer.

Attorneys—Rufus M. Marriner and Geo. H. Eichelberger, for Kuhn & Co.; Horace Andrews and Geo. B. Young, for Pickands, Mather & Co.

## SUPREME COURT of OHIO

### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.

Judges—R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; Florence E. Allen, Cleveland; Robert H. Day, Massillon.

Clerk—Seba H. Miller, Springfield.

Deputy Clerks—Thos. J. Edwards, Lawrence J. Corcoran.

Regular Term—First Tuesday after first Monday of January, at Columbus.

Reporter—John W. L. Henney, Columbus; Bell.

Assistant Reporters—Clinton Collins, H L. Connett, Columbus.

### LAW LIBRARY

Librarian—Louis McCallister, Columbus.

Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

No new cases this week.

---

## SUPREME COURT

### PROCEEDINGS

Tuesday, May 8, 1923

### GENERAL DOCKET

17578—Lacy Reining, Admx., v. The Northern Ohio Traction & Light Co.; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones and Matthias, JJ., concur. Day, J., took no part in the consideration of the case.

17626—David J. Scott v. State of Ohio; error to the Court of Appeals of Mahoning county. Judgment affirmed. Marshall, C. J., Wanamaker, Day and Allen, JJ., concur.

17634—Charles T. Elliott v. Christian Harding; error to the Court of Appeals of Butler county. Judgment affirmed. Marshall, C. J., Wanamaker, Jones, Day and Allen, JJ., concur.

17635—The Tax Commission of Ohio, ex rel John G. Price, Atty. Genl., v. W. H. Lamprecht, Admr.; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones and Matthias, JJ., concur.

17675—Ola M. McEntire v. Mort G. McEntire; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

17731—The State ex rel King, Pros. Atty., v. J. H. McClure, Receiver of The Indiana, Columbus & Eastern Traction Co.; error to the Court of Appeals of Franklin county. Writ denied. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

17798—The State ex rel The Medical Centre Co. v George Wallace, Clerk of the Court of Appeals of Cuyahoga county; In Mandamus. Writ allowed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, day and Allen, JJ., concur.